**Advanced Fertility Center of Chicago**
The Prelude Network

**Amount Due**
**$225.00**

Page 1 of 3

## Account Details On Reverse Side

| | |
|---|---|
| Location: | ADVANCED FERTILITY CENTER OF CHICAGO |
| Statement Date: | 06/10/22 |
| Guarantor Name: | ERIKA VALLE |
| Reference Number: | ▇ |
| Due Date: | 07/10/22 |
| **Amount Due:** | **$225.00** |

## Important Messages

Dear ERIKA VALLE,

Payment due upon receipt of this statement.

Thank you for your prompt attention to this matter.

You may make your payment online by visiting our website or by contacting us by phone.

## Manage your account



**Make Payment Online**
Pay online at
https://eivfportal.advancedfertility.com



**Make Payment by Phone**
Call 1-877-584-1423



**Make Payment by Mail**
With the coupon below

### Contact Information



Customer service representatives are available to take your phone call between 8:00 AM to 6:00 PM Eastern Time, Monday through Friday. **Call Customer Service** at 1-877-584-1423 or **Email Customer Service** at PatientBilling@preludefertility.com

See reverse side for additional information

Advanced Fertility Center of Chicago
The Prelude Network
PO Box 631240
Cincinnati OH 45263-1240
ADDRESS SERVICE REQUESTED

June 10, 2022

| | |
|---|---|
| Reference Number: | ▇ |
| Due Date: | Upon Receipt |
| **Amount due:** | **$225.00** |
| Amount Paid: | $ |



**Online Payment:**
https://eivfportal.advancedfertility.com

ERIKA VALLE
703 23RD AVE
BELLWOOD IL  60104-1923

ADVANCED FERTILITY CENTER OF CHICAGO
PO Box 631240
Cincinnati OH 45263-1240





**Advanced Fertility Center of Chicago**
The Prelude Network

| STATEMENT DATE | 06/10/22 |
| --- | --- |
| ACCOUNT NUMBER | ▇▇▇ |
| PATIENT NAME | ERIKA VALLE |
| AMOUNT DUE NOW | $225.00 |

Page 2 of 3

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 04/29/21 | 84144-▇▇▇ | $141.95 |
| 04/29/21 | W/O BCBS of IL - SB621 | -$125.89 |
| 04/29/21 | 84702-▇▇▇ | $135.00 |
| 04/29/21 | W/O BCBS of IL - SB621 | -$119.95 |
| 04/29/21 | 99211-▇▇▇ | $88.00 |
| 04/29/21 | PAY BCBS of IL - SB621 -- EFT | -$12.34 |
| 04/29/21 | W/O BCBS of IL - SB621 | -$61.77 |
| 05/03/21 | 84144-▇▇▇ | $141.95 |
| 05/03/21 | PAY BCBS of IL - SB621 -- EFT | -$12.34 |
| 05/03/21 | W/O BCBS of IL - SB621 | -$125.89 |
| 05/03/21 | 84702-▇▇▇ | $135.00 |
| 05/03/21 | W/O BCBS of IL - SB621 | -$119.95 |
| 05/03/21 | 99211-▇▇▇ | $88.00 |
| 05/03/21 | W/O BCBS of IL - SB621 | -$61.77 |
| 05/07/21 | 84144-▇▇▇ | $141.95 |
| 05/07/21 | PAY BCBS of IL - SB621 -- EFT | -$12.34 |
| 05/07/21 | W/O BCBS of IL - SB621 | -$125.89 |
| 05/07/21 | 84702-▇▇▇ | $135.00 |
| 05/07/21 | W/O BCBS of IL - SB621 | -$119.95 |
| 05/07/21 | 99211-▇▇▇ | $88.00 |
| 05/07/21 | W/O BCBS of IL - SB621 | -$61.77 |
| 05/10/21 | 84144-▇▇▇ | $141.95 |
| 05/10/21 | PAY BCBS of IL - SB621 -- EFT | -$12.34 |
| 05/10/21 | W/O BCBS of IL - SB621 | -$125.89 |
| 05/10/21 | 84702-▇▇▇ | $135.00 |

*Continued on next page...*

### Change of Address
- Name (Last, First, Middle Initial)
- Address
- City    State    ZIP
- Telephone

### If Paying by Credit Card, Fill out Below
- Check Card Using For Payment   ☐ DISCOVER   ☐ VISA   ☐ MasterCard   ☐ American Express
- Card Number    Exp. Date    CVV
- Signature    Amount Paid
- Print Name

### Primary Insurance Updates
- Primary Insured Name
- Primary Insurance Name    Effective Date
- Primary Insurance Street Address
- City    State    ZIP    Telephone
- Employer Name    Group Number
- Subscriber ID #    Policyholder's Date of Birth

### Secondary Insurance Updates
- Secondary Insured Name
- Secondary Insurance Name    Effective Date
- Secondary Insurance Street Address
- City    State    ZIP    Telephone
- Employer Name    Group Number
- Subscriber ID #    Policyholder's Date of Birth

**Advanced Fertility Center of Chicago**
The Prelude Network

| | |
|---|---|
| STATEMENT DATE | 06/10/22 |
| ACCOUNT NUMBER | ▇▇▇▇ |
| PATIENT NAME | ERIKA VALLE |
| AMOUNT DUE NOW | $225.00 |

Page 3 of 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/10/21 | W/O BCBS of IL - SB621 | -$119.95 |
| 05/10/21 | 99211-▇▇▇▇ | $88.00 |
| 05/10/21 | W/O BCBS of IL - SB621 | -$61.77 |
| 05/25/21 | 84144-▇▇▇▇ | $141.95 |
| 05/25/21 | PAY BCBS of IL - SB621 -- EFT | -$12.34 |
| 05/25/21 | W/O BCBS of IL - SB621 | -$125.89 |
| 05/25/21 | 84702-▇▇▇▇ | $135.00 |
| 05/25/21 | W/O BCBS of IL - SB621 | -$119.95 |
| 05/25/21 | 99211-▇▇▇▇ | $88.00 |
| 05/25/21 | W/O BCBS of IL - SB621 | -$61.77 |

**Message:** THANK YOU FOR CHOOSING US AS YOUR PROVIDER. THE BALANCE ON THIS STATEMENT IS YOUR RESPONSIBILITY AND YOUR PROMPT ATTENTION TO THIS MATTER IS APPRECIATED. PLEASE REMIT PAYMENT IN FULL BY THE DUE DATE INDICATED OR CONTACT OUR PATIENT CUSTOMER SERVICE TEAM FOR ANY QUESTIONS. IF SERVICES ARE NOT RESOLVED WITHIN 120 DAYS FROM THE ORIGINAL BILL DATE YOUR ACCOUNT OR PORTION OF YOUR ACCOUNT MAY BE PLACED WITH AN OUTSIDE COLLECTION AGENCY.

| PAYMENT DUE DATE | AMOUNT YOU OWE |
|---|---|
| 07/10/22 | $225.00 |

Pay Your Bill Online At:
https://eivfportal.advancedfertility.com

2 of 2

160004-Statement-2-263